# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 1015
IN THE INTEREST OF S.A.


**OCTOBER 23, 2024**

---

In Re:   S.A., applying for supervisory writs, East St. Tammany
         City Court, Parish of St. Tammany, No. 23-JC-4372.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              WIL


COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT